UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAHIEM PEDROW,<br><br>                              Plaintiff,<br><br>         -against-<br><br>W. BARBOUR, et al.,<br><br>                              Defendants. | **ORDER**<br><br>24-CV-04010 (PMH) |

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on May 22, 2024. (Doc. 1). Defendant W. Barbour filed an answer to the complaint on November 7, 2024 (Doc. 12), and Defendant the Town of Greenburgh sought leave to move to dismiss the complaint (Doc. 17). The Court granted the Town permission to move to dismiss the complaint on January 6, 2025 and entered a briefing schedule. (Doc. 20). On February 7, 2025, the Town filed its motion to dismiss. (Doc. 23). Plaintiff's opposition was due by March 7, 2025. (*See* Doc. 20). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until April 11, 2025. Defendants' reply, if any, is due April 25, 2025.

      **If plaintiff fails to file his opposition by April 11, 2025, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: White Plains, New York
       March 19, 2025

                                                             SO ORDERED:

                                                            Philip M. Halpern
                                                           United States District Judge