**THOMAS J. TROETTI**
Attorney-at-Law
363 Boston Post Road
Rye, New York 10...
(914) 484 - 5642 (Tel)
(914) 835 - 6931 (Fax)

> Application granted. Counsel is directed to file a proposed order for the Court's consideration.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 23, 2025

Honorable Philip M. Halpern, U.S.D.J.
United States District Court for the Southern District
300 Quarropas Street
White Plains, New York 10601

Re: Pedrow v. Police Officer Wendell Barbour, et. al.
24 CV 4010 (PMH)

Dear Judge Halpern:

    This Letter Motion is submitted on behalf of the defendant, Police Officer Wendell Barbour, whom I represent, to obtain an Order directing the *pro se* incarcerated plaintiff, Jahiem Pedrow, to be produced for his deposition.

    The plaintiff is currently incarcerated at Clinton Correctional Facility which is prepared and willing to produce Mr. Pedrow for his deposition on November 4, 2025, by Microsoft Teams meeting, to begin at 10 a.m. The representative of Clinton Correctional Facility with whom I have spoken notified me that I must first provide to her an Order directing the facility to produce the plaintiff for his deposition.

    As a result, I respectfully request that an Order be issued directing the Clinton Correctional Facility, 1156 Cook Street, Dannemora, New York to produce Jahiem Pedrow to be deposed, within the facility by Microsoft Teams Meeting, on November 4, 2025 to begin at 10 a.m.

Respectfully Submitted,

THOMAS J. TROETTI

cc: Jahiem Pedrow, *Pro Se* Plaintiff (by regular mail & to Clinton Correctional Facility
    by email at ClintonVirtualAppearances@doccs.ny.gov)