UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JAHIEM PEDROW

                    Plaintiff,

   -against-

OFFICER W. BARBOUR AND TOWN OF GREENBURGH      **ORDER**

                    Defendants.      24-CV-04010 (PMH)
-----------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

    WHEREAS, the Defendant, Officer W. Barbour, by his attorney Thomas J. Troetti, Esq. having submitted a Letter Motion requesting that an Order be issued directing the Clinton Correctional Facility, 1156 Cook Street, Dannemora, New York to produce the *Pro Se* Plaintiff, Jahiem Pedrow, to be deposed at such facility by Microsoft Teams Meeting on November 4, 2025 to begin at 10 a.m. and

    WHEREAS the Court having granted such application on October 23, 2025 (ECF No. 35), it is hereby

    ORDERED that the Clinton Correctional Facility shall produce the *Pro Se* Plaintiff, Jahiem Pedrow, for his deposition to be taken remotely at such facility by Microsoft Teams Meeting on November 4, 2025 to begin at 10 a.m.

DATED: October 24, 2025
           White Plains, New York

                                            SO ORDERED.

                                            _____
                                            PHILIP M. HALPERN
                                            United States District Judge