# THOMAS J. TROETTI

Attorney-at-Law
363 Boston Post R
Rye, New York 1(
(914) 484 - 5642 (Te
(914) 835 - 6931 (F

> Application granted. Counsel is directed to file a proposed order for the Court's consideration.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          December 3, 2025

Honorable Philip M. Halpern, U.S.D.J.
United States District Court for the Southern District
300 Quarropas Street
White Plains, New York 10601

Re: Pedrow v. Police Officer Wendell Barbour, et. al.
24 CV 4010 (PMH)

Dear Judge Halpern:

This Letter Motion is submitted on behalf of the defendant, Police Officer Wendell Barbour, to obtain an Order directing the Clinton Correctional Facility to produce the *pro se* incarcerated plaintiff, Jahiem Pedrow, so that he is in attendance at non-party witness depositions.

The Clinton Correctional Facility has offered to make Mr. Pedrow available on December 23, 2025 & December 24, 2025, from 10 a.m. to 4 p.m., if necessary, to attend non-party witness depositions. The non-party witnesses are Jessica Daniels, Ebonea Covington and Kevin Pedrow each of whom will have to be served with a Subpoena returnable on one of these dates at a specified time to be determined.  As required by Clinton Correctional Facility the non-party witness depositions will have to be held by Microsoft Teams meeting.

The representative of Clinton Correctional Facility with whom I have spoken notified me that I must first provide to her an Order directing the facility to produce the plaintiff to be available.

As a result, I respectfully request that an Order be issued directing the Clinton Correctional Facility, 1156 Cook Street, Dannemora, New York to produce Jahiem Pedrow within the facility by Microsoft Teams meeting, to be in attendance and be able to pose questions, on December 23, 2025 and December 24, 2025 between the hours of 10 a.m. to 4 p.m.

Respectfully Submitted,

_(signature)_

THOMAS J. TROETTI

cc:  Jahiem Pedrow, *Pro Se* Plaintiff (by regular mail & to Clinton Correctional Facility
       by email at ClintonVirtualAppearances@doccs.ny.gov)