UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
 JAHIEM PEDROW
                   Plaintiff,

    -against-

OFFICER W. BARBOUR AND TOWN OF GREENBURGH       **ORDER**

                 Defendants.          24-CV-04010 (PMH)
-----------------------------------------------------------------------x
PHILIP M. HALPERN, United States District Judge:

WHEREAS, the Defendant, Officer W. Barbour, by his attorney Thomas J. Troetti, Esq. having submitted a Letter Motion requesting that an Order be issued directing the Clinton Correctional Facility, 1156 Cook Street, Dannemora, New York to produce the *Pro Se* Plaintiff, Jahiem Pedrow, at such facility to be available to attend by Microsoft Teams Meeting non-party witness depositions on December 23, 2025 and December 24, 2025 between 10 a.m. and 4 p.m. on each of those dates;

WHEREAS the Court having granted such application on December 3, 2025 (ECF No. 41), it is hereby

ORDERED that the Clinton Correctional Facility shall produce the *Pro Se* Plaintiff, Jahiem Pedrow, to attend non-party witness depositions at such facility to be taken remotely by Microsoft Teams Meeting on December 23, 2025 and December 24, 2025 between 10 a.m. and 4 p.m. on each of those dates.

DATED:  December 4 , 2025
         White Plains, New York

                                SO ORDERED.

                                PHILIP M. HALPERN
                                United States District Judge