UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHIEM PEDROW,

                    Plaintiff,

          -against-

OFFICER W. BARBOUR and TOWN OF
GREENBURGH

                    Defendants.

**ORDER**

24-CV-04010 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has been advised that non-party witness Jessica Daniels has failed or refused to appear for a duly scheduled deposition in this action.

A new subpoena shall issue which commands that Ms. Daniels appear for deposition on January 27, 2026 at 10:00 a.m. by Microsoft Teams Meeting. Defense counsel is instructed to serve the subpoena on Ms. Daniels forthwith, together with a copy of this order.

**Ms. Daniels is advised that failure to comply with the subpoena may result in contempt proceedings against her.**

It is further ORDERED that Clinton Correctional Facility, 1156 Cook Street, Dannemora, New York, shall produce the *Pro Se* Plaintiff, Jahiem Pedrow, at such facility to be available to attend the non-party witness deposition by Microsoft Teams Meeting on January 27, 2026 to begin at 10:00 a.m.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

                              **SO ORDERED:**

Dated:    White Plains, New York
          January 2, 2026

_____
PHILIP M. HALPERN
United States District Judge