## THOMAS J. TROETTI
Attorney-at-Law
363 Boston Post R
Rye, New York 10
(914) 484 - 5642 (Te
(914) 835 - 6931 (F

J

Honorable Philip M. Halpern, U.S.D.J.
United States District Court for the Southern District
300 Quarropas Street
White Plains, New York 10601

> Application granted. The requested order will be separately docketed.
>
> SO ORDERED.
>
> _Philip M. Halpern signature_
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            January 15, 2026

Re: Pedrow v. Police Officer Wendell Barbour, et. al.
     24 CV 4010 (PMH)

Dear Judge Halpern:

Last night, non-party witness Jessica Daniels was served with a Subpoena to Attend a Deposition and a copy of the Order (ECF No. 48) directing her to appear on January 27, 2026 by Microsoft Team Meeting and that Clinton Correctional Facility produce the *Pro Se* Plaintiff to be available to attend such deposition.

Upon learning today that, with service of the Subpoena, jurisdiction was obtained over Jessica Daniels I contacted the Clinton Correctional Facility whose representative notified me that due to depositions in other cases the Plaintiff can no longer be produced on January 27, 2026.

I confirmed that the Plaintiff can be produced by Clinton Correctional Facility on January 28, 2026. As a result, I respectfully request that an Order be issued with the same decretal provisions as in the prior Order (ECF No. 48), other than that the date of the deposition is changed to January 28, 2026. I have filed by ECF a proposed Order to that effect which, if signed, will be served on Jessica Daniels together with another Subpoena which commands that she appear for a deposition on January 28, 2026.

Respectfully Submitted,

_signature_

THOMAS J. TROETTI

cc: *Pro se* plaintiff, Jahiem Pedrow (by regular mail)