UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JAHIEM PEDROW

                    Plaintiff,

      -against-

OFFICER W. BARBOUR AND TOWN OF GREENBURGH      **ORDER**

                    Defendants.          24-CV-04010 (PMH)

-------------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

The Court has been advised that non-party witness Jessica Daniels has failed or refused to appear for a duly scheduled deposition in this action.

A new subpoena shall issue which commands that Ms. Daniels appear for a deposition on **January 28, 2026** at 10:00 a.m. by Microsoft Teams Meeting. Defense counsel is instructed to serve the subpoena on Ms. Daniels forthwith, together with a copy of this order.

**Ms. Daniels is advised that failure to comply with the subpoena may result in contempt proceedings against her.**

It is further ORDERED that Clinton Correctional Facility, 1156 Cook Street, Dannemora, New York, shall produce the *Pro Se* Plaintiff, Jahiem Pedrow, at such facility to be available to attend the non-party witness deposition by Microsoft Teams Meeting on **January 28, 2026** to begin at 10:00 a.m.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

                         **SO ORDERED:**

Dated: White Plains, New York
       January 15, 2026

                         PHILIP M. HALPERN
                         United States District Judge