UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHIEM PEDROW,

                   Plaintiff,

          -against-

W. BARBOUR, et al.,

                 Defendants.

**SCHEDULING ORDER**

24-CV-04010 (PMH)

Due to the court closure, the case management conference scheduled for February 23, 2026 is rescheduled to March 2, 2026 at 11:00 a.m. At the time of the conference, the parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

Counsel for defendant shall provide a copy of this Order to plaintiff.

Plaintiff shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for defendant to make prior arrangements with the appropriate facility to have the plaintiff available via telephone.

Dated: White Plains, New York
      February 24, 2026

                         SO ORDERED:

                         _____

                         Philip M. Halpern
                         United States District Judge