UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHIEM PEDROW,

              Plaintiff,

        -against-

OFFICER W. BARBOUR and TOWN OF
GREENBURGH

             Defendants.

**ORDER**

24-CV-04010 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for defendant and *pro se* plaintiff appeared today by telephone for a case management conference.

With respect to defendant's request to compel plaintiff to return the executed HIPAA forms, the Court directed defendant to FedEx the forms to plaintiff by March 3, 2026 enclosing a return envelope. The Court directed plaintiff to sign and return the HIPAA forms to defendant by March 13, 2026. The Court warned plaintiff that if he does not return the signed forms to defendant by March 13, 2026, defendant will be permitted to move under Rules 37 and 41 for sanctions, including the potential dismissal of this case. The Court directed defendant to file a letter if the executed forms are not received by March 13, 2026, and the Court will set a briefing schedule for the sanctions motion.

Plaintiff raised a discovery dispute concerning his request for production of various phone records and social media. Defendant explained that the Court denied such items of discovery. The Court directed defendant to mail plaintiff a copy of the Court's order together with the HIPAA forms. The Court reminded plaintiff that discovery is closed since January 30, 2026, and the only discovery that is being permitted now concerns the HIPAA documents and the deposition of the

non-party Ms. Daniels to the extent defendant moves to compel her appearance and/or for contempt.

The Court reminded plaintiff that he may contact the Pro Se Intake Unit at (212) 805-0175 for assistance with referrals for pro bono assistance from the City Bar Justice Center.

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff.

**SO ORDERED:**

Dated:   White Plains, New York
        March 2, 2026

_____
PHILIP M. HALPERN
United States District Judge

2
